UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YU-PING DAVID OYOUNG, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-3725 |
| VALERUS CORPORATION, *et al*, | § § § | |
| Defendants. | § § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending in the above-referenced cause are two motions by Plaintiff seeking a default judgment against SNC-Lavalin Production and Processing Solutions (Document Nos. 62 & 64). On October 23, 2017, the Magistrate Judge issued her Memorandum and Recommendation ("M&R") recommending that Plaintiff's motions be denied. Document No. 68. Plaintiff filed no objections to the Judge's M&R, and upon review, the Court agrees with the Magistrate Judge's conclusions. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Document No. 68) is **ADOPTED.** Plaintiff's Motions for Default/Default Judgment (Document Nos. 62 & 64) are **DENIED**.

SIGNED at Houston, Texas, this 7th day of December, 2017.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE