IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YU-PING DAVID OYOUNG,<br>　　*Plaintiff,*<br><br>v.<br><br>SNC-LAVALIN PRODUCTION AND<br>PROCESSING SOLUTIONS,<br>　　*Defendant.* | §<br>§<br>§<br>§　CIVIL ACTION NO. 4:15-CV-03725<br>§<br>§<br>§<br>§<br>§ |

## ORDER

This Court has reviewed de novo the Report and Recommendation of the United States Magistrate Judge (Doc. No. 85) and the objections thereto and hereby adopts the Report and Recommendation. Further, this Court has reviewed the request of the plaintiff to remove the Magistrate Judge (Doc. No. 88) and hereby denies it for the same reasons Judge Melinda Harmon denied similar requests earlier this year. (*See* Doc. Nos. 74 and 76).

Moreover, Plaintiff has been warned on multiple occasions that he has not properly served the defendant, SNC-Lavalin Production and Processing Solutions. In other circumstances this case might have been dismissed earlier, but no doubt it has not been due to the fact that the plaintiff is proceeding pro se. [Plaintiff has been urged to hire a lawyer but has not done so (*See* Doc. No. 35).]

This Court hereby notifies plaintiff that he has until December 13, 2018 to properly serve the defendant in this matter or the case will be dismissed. Plaintiff shall inform this Court on or before December 13, 2018 as to the exact circumstances (why, where, and how) service was

effectuated on the defendant. Counsel for the defendant shall notify this Court on December 14, 2018 as to whether the defendant has been served and, if it has, its view as to the circumstances of that service.

SIGNED at Houston, Texas this 4th day of October, 2018.

Andrew S. Hanen
United States District Court Judge